FILED
CLERK, U.S. DISTRICT COURT

JUN 2 5 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> Valerie Franz ) <br> Defendant. ) | Case No.: 8:26-MJ-0427 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the   D. Idaho                                    ,

for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.    ⊠ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on   instant absconding allegations, whereabouts unknown for months; prior failure to appear; convictions involving false ID; substance abuse

and/or

B.    (✗) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on criminal history ; new June 20, 2026 arrest

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED:  6/25/26

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE